**SO ORDERED.**

**SIGNED this 02nd day of August, 2010.**



_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE
_____

### UNITED STATES BANKRUPTCY COURT
### Western District of Texas
### El Paso Division

IN RE: **Daniel De La O and Anna De La O**,　　　　Case No.: 00−32098−rcm
Debtor(s)

### ORDER DENYING PAYMENT
### OF A DIVIDEND UNCLAIMED FUNDS

On this date came on for consideration the Application for Payment Of A Dividend From Unclaimed Funds by:

    NAME:　　　　Green Tree Servicinc LLC
    ADDRESS:　　P O Box 2728
                      Issaquah, WA 98027

Claimant, for payment of a dividend from unclaimed funds in the amount of $255.18.

The court orders the application be DENIED for the following reason(s):

☐ 1. There are no monies being held for this Claimant.

☐ 2. Monies have already been disbursed.
        Date funds were paid:
        Per court order signed:
        Schedule Number:
        Paid to:

☑ 3. Money amount being claimed for distribution is different than the financial records reflect.

☑ 4. Other: Amount on application does not reflect the amount the court has on record. Our records show $88.73 for creditor.

###

###